**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-4840**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NA'IM N. HARITH-BEY,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News. Rebecca B. Smith, District
Judge. (CR-02-89)

_____

Submitted: December 10, 2002      Decided: December 24, 2002

_____

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Na'im N. Harith-Bey, Appellant Pro Se.  Toby M. Jesson, Special
Assistant United States Attorney, Fort Monroe, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

A federal magistrate judge found Na'im N. Harith-Bey guilty of driving without a valid driver's license on a military base, in violation of Va. Code Ann. § 46.2-300 (Michie 2002), as assimilated into federal jurisdiction pursuant to 18 U.S.C. §§ 7, 13 (2000). Harith-Bey timely appealed to the federal district court. However, when he failed to appear for oral argument, the district court dismissed the appeal for failure to prosecute. Harith-Bey filed a timely appeal to this court, challenging the magistrate judge's jurisdiction to try him for driving without a valid driver's license.

Because Harith-Bey does not challenge in his informal brief the grounds for the district court's dismissal of his appeal, that issue is waived. 4th Cir. R. 34(b). Furthermore, by failing to prosecute his appeal before the district court, we find that he has waived his right to appeal. Cf. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985) (failure to file timely objections to magistrate judge's report and recommendation waives appellate review of substance of that recommendation). Consequently, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2